**Order entered February 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00045-CV

**IRA W. BREWER, EUGENIA BREWER AND ALL OTHER OCCUPANTS, Appellants**

**V.**

**U.S. BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE BEAR STERNS ARM TRUST, ET AL., Appellees**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-01529-2013**

## ORDER

By letter dated January 27, 2014, Collin County Clerk Stacey Kemp requests an extension of time to file the record, explaining appellants have failed to pay the fee for the record. A review of our records reveals appellants have also failed to pay the $195 appellate filing fee. Because the appeal cannot proceed without the clerk's record, we **ORDER** appellants to file, within fifteen days of this order, written verification that they have either (1) paid or made arrangements to pay the clerk's fee or (2) been found entitled to proceed without advance payment of costs. We also **ORDER** appellants, if they have not been found entitled to proceed without advance payment of costs, to pay the filing fee within fifteen days of the order. We

caution appellants that failure to comply with our directives may result in the appeal being dismissed without further notice. *See* TEX. R. APP. P. 37.3(b), 42.3(b),(c).

Because appellants have not paid or made arrangements to pay the clerk's fee and have not shown they are entitled to appeal without paying the fee, the record is not yet due and no extension is necessary. *See* TEX. R. APP. P. 35.3(a). Accordingly, we **DENY** the Collin County Clerk's request for an extension of time as premature.

/s/    ELIZABETH LANG-MIERS
             JUSTICE